# Exhibit 1

| Ref | Name | Channel URL | Infringement URL | Video Source | Videographer | Registration Status | Date Found | PA(u) Number (if applicable) | Statutory |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Sky News Australia | https://www.youtube.com/@SkyNewsAustralia | https://www.youtube.com/watch?v=VBFZbEn7xfQ | https://www.youtube.com/watch?v=eL90iXfDIY | Kannon Kalton | Registered | November 13, 2024 | PA 2-509-678 | N |
| 2 | Sky News Australia | https://www.youtube.com/@SkyNewsAustralia | https://www.youtube.com/watch?v=0yRPrmX_nc | https://www.youtube.com/watch?v=oqmoiZH3FqU | Brandon Clement, Jonathan Petramala | Registered | November 13, 2024 | PA 2-480-750 | Y |
| 3 | Sky News Australia | https://www.youtube.com/@SkyNewsAustralia | https://www.youtube.com/watch?v=MzEx1kUxXM | https://www.youtube.com/watch?v=05Oi967XQjQ | Brett Adair | Registered | November 13, 2024 | PA 2-342-136 | Y |
| 4 | Sky News Australia | https://www.youtube.com/@SkyNewsAustralia | https://www.youtube.com/watch?v=-_vd9m8vs1I | https://www.youtube.com/watch?v=CzJX6dvrFxM | Brandon Clement | Registered | November 13, 2024 | PA 2-393-277 | Y |
| 5 | Sky News Australia | https://www.youtube.com/@SkyNewsAustralia | https://www.youtube.com/watch?v=KG_Zd8bE0I | https://www.youtube.com/watch?v=R_ZDVYzIhpc | Reed Timmer | Registered | November 13, 2024 | PA 2-491-732 | Y |