# Exhibit 2

REF:1

https://www.youtube.com/watch?v=VBFZbEn7afQ



REF:2

https://www.youtube.com/watch?v=0xBPlmrX_nc



REF:3

https://www.youtube.com/watch?v=vMzEx1kUxXM



REF:4

https://www.youtube.com/watch?v=-_yd9m8ys1I



REF:5

https://www.youtube.com/watch?v=KG_ZdifbE9I



=== ENDS ===