# Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-393-277**

**Effective Date of Registration:**
December 10, 2022
**Registration Decision Date:**
January 27, 2023

## Title
       **Title of Work:** 11.10.2022_Hurricane Nicole Massive Waves and Erosion_1

## Completion/Publication
       **Year of Completion:** 2022
    **Date of 1st Publication:** November 10, 2022
   **Nation of 1st Publication:** United States

## Author
              **Author:** Michael Brandon Clement
        **Author Created:** entire motion picture
    **Work made for hire:** No
         **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Michael Brandon Clement
                                  1315 Carroll Drive, Terry, MI, 39170, United States

## Certification
                **Name:** Craig Sanders
                  **Date:** December 10, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**PA 2-342-136**

**Effective Date of Registration:**
February 09, 2022
**Registration Decision Date:**
March 25, 2022

## Title

**Title of Work:** 12-11-2021 Mayfield, KY - Search and Rescue - Drone - Mayfield Consumer Products Plant

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Joseph Brett Adair
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joseph Brett Adair
210 Veazey Drive, Childersburg, AL, 35044

## Rights and Permissions

**Name:** Joseph Brett Adair
**Email:** brett@livestormsmedia.com
**Telephone:** (256)267-7747
**Address:** 210 Veazey Drive
Childersburg, AL 35044

## Certification

**Name:** Logan Poole

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**PA 2-491-732**

**Effective Date of Registration:**
August 10, 2024
**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** INSANE TORNADO PIPE intercept with windmills toppled near Greenfield, Iowa! - Ground Video

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 21, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Reed Timmer
216 Meadow Rose Drive, Travelers Rest, SC, 29690, United States

## Rights and Permissions

**Name:** Reed Timmer
**Email:** reedtimmer@gmail.com

## Certification

**Name:** Brenda Brown
**Date:** August 10, 2024

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-509-678**

**Effective Date of Registration:**
November 09, 2024
**Registration Decision Date:**
January 17, 2025

---

## Title

**Title of Work:** INTENSE Photogenic Corkscrew Tornadoes in Iowa!

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 23, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Kannon Kalton
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kannon Kalton
3118 Grouse Cir NW, Prior Lake, MN, 55372

## Rights and Permissions

**Name:** Kannon Kalton
**Email:** kannkalton@gmail.com

## Certification

**Name:** Jennifer Emfinger
**Date:** November 09, 2024

Page 1 of 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

**PA 2-480-750**

**Effective Date of Registration:**
June 15, 2024
**Registration Decision Date:**
July 16, 2024

## Title

**Title of Work:** Sulphur, OK - tornado damage - Drone 4K - YT - Drone Video Part 2

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 28, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States

- **Author:** Jonathan Petramala
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Global Weather Productions LLC
1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage

**New material included in claim:** all other cinematographic material, additional new footage

## Rights and Permissions

**Name:** Michael Brandon Clement