# Exhibit 4



LSM Intellectual Property <ip@livestormsmedia.com>

## Re: [ZOING6TYFY5RTB7XFJ2UXTKXHA] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+3mxrnoxv483pg0h@google.com>         Tue, Jul 1, 2025 at 6:59 AM
Reply-To: YouTube Copyright <youtube-disputes+3mxrnoxv483pg0h@google.com>
To: ip@livestormsmedia.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=vMzEx1kUxXM

Display name of uploader: Sky News Australia

Sky News Australia (SNA) disputes the copyright removal request from Johnathan Snyder. The video published by SNA, which is the subject of the removal request, comprises a news package produced by Fox News, which was used by SNA under licence. SNA has a licence agreement with Fox News Network LLC that permits SNA to use Fox News packages on SNA's platforms, including where those Fox News packages incorporate third-party content (Fox Licence). SNA considers its use of the content which Mr Snyder claims to own is covered by the Fox Licence and there is no proper basis for Mr Snyder's removal request. Even if the Fox Licence did not cover SNA's use of the content Mr Snyder claims to own (which is denied by SNA), such use would clearly be a fair dealing for the purpose of, or in association with, reporting the news by means of a communication pursuant to section 103B of the Australian Copyright Act 1968 (Cth) (the Act). The SNA video subject to the removal request runs for 3 minutes and 14 seconds. It includes a short clip of 3 seconds taken from a much longer video of almost 3 minutes which Mr Snyder claims to own. SNA considers that clip was integral to the news report on a matter of public interest, being devastating tornadoes across the United States which led to significant damage and deaths. This was a matter widely reported on around the world. SNA seeks the immediate withdrawal of Mr Snyder's copyright removal request and confirmation that no further such requests will be lodged in relation to Fox News content incorporated under licence into videos on the Sky News Australia YouTube page.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is

located, and will accept service of process from the claimant.

Tim Love

Tim Love
5 Thomas Holt Drive
Macquarie Park NSW 2113
Australia

timlove.skynews@gmail.com

(02) 9886 8006

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

Case 5:25-cv-05724-EKL    Document 1-4    Filed 07/08/25    Page 4 of 9



Copyright Management <copyright@wxchasing.com>

# Re: [EZQ3LEL6R4OOQ5NWNCHKEDAV6Q] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+1pdpetfcvzzk70h@google.com>      Tue, Jul 1, 2025 at 6:55 AM
Reply-To: YouTube Copyright <youtube-disputes+1pdpetfcvzzk70h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=0xBPlmrX_nc

Display name of uploader: Sky News Australia

Sky News Australia (SNA) disputes the copyright removal request from Global Weather Productions LLC (GWP). The videos published by SNA, which are the subject of the removal request, comprise news packages produced by Fox News, which were used by SNA under licence. SNA has a licence agreement with Fox News Network LLC that permits SNA to use Fox News packages on SNA's platforms, including where those Fox News packages incorporate third-party content (Fox Licence). SNA considers its use of the content which GWP claims to own is covered by the Fox Licence and there is no proper basis for GWP's removal request. Even if the Fox Licence did not cover SNA's use of the content GWP claims to own (which is denied by SNA), such use would clearly be a fair dealing for the purpose of, or in association with, reporting the news by means of a communication pursuant to section 103B of the Australian Copyright Act 1968 (Cth) (the Act). The first SNA video subject to the removal request runs for 1 minute and 35 seconds. It includes a short clip of 10 seconds taken from a much longer video of over 3 minutes which GWP claims to own. The second SNA video subject to the removal request runs for 1 minute and 53 seconds and includes a short clip of 4 seconds taken from a much longer video of over 10 minutes which GWP claims to own. SNA considers these short clips to have been integral to the news reports on matters of public interest, being the aftermath of severe weather events in the United States which led to significant damage and deaths. These were matters widely reported on around the world. SNA seeks the immediate withdrawal of GWP's copyright removal request and confirmation that no further such requests will be lodged in relation to Fox News content incorporated under licence into videos on the Sky News Australia YouTube page.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Tim Love

Tim Love
5 Thomas Holt Drive
Macquarie Park NSW 2113
Australia

timlove.skynews@gmail.com

(02) 9886 8006

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@viraldrm.com>

# Re: [HTEQ3ZRF2EFIRMO3CTHCEHGE4M] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+3qlhs4vf0k1ob0h@google.com>  Tue, Jul 1, 2025 at 7:00 AM
Reply-To: YouTube Copyright <youtube-disputes+3qlhs4vf0k1ob0h@google.com>
To: copyright@viraldrm.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=VBFZbEn7afQ

Display name of uploader: Sky News Australia

Sky News Australia (SNA) disputes the copyright removal request from Ryan Cartee. The video published by SNA, which is the subject of the removal request, comprises a news package produced by Fox News, which was used by SNA under licence. SNA has a licence agreement with Fox News Network LLC that permits SNA to use Fox News packages on SNA's platforms, including where those Fox News packages incorporate third-party content (Fox Licence). SNA considers its use of the content which Mr Cartee claims to own is covered by the Fox Licence and there is no proper basis for Mr Cartee's removal request. Even if the Fox Licence did not cover SNA's use of the content Mr Cartee claims to own (which is denied by SNA), such use would clearly be a fair dealing for the purpose of, or in association with, reporting the news by means of a communication pursuant to section 103B of the Australian Copyright Act 1968 (Cth) (the Act). The SNA video subject to the removal request runs for 1 minute and 51 seconds. It includes a short clip of 7 seconds taken from a much longer video of over 13 minutes which Mr Cartee claims to own. SNA considers that clip was integral to the news report on a matter of public interest, being devastating storms creating tornadoes across the Midwestern United States which led to significant damage and injuries. This was a matter widely reported on around the world. SNA seeks the immediate withdrawal of Mr Cartee's copyright removal request and confirmation that no further such requests will be lodged in relation to Fox News content incorporated under licence into videos on the Sky News Australia YouTube page.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is

www.nasingle.comMail - Re: [9-1102728] R4MO3CFHkBDCE4MjSexCopyright Counter Notification

located, and will accept service of process from the claimant.

Tim Love

Tim Love
5 Thomas Holt Drive
Macquarie Park NSW 2113
Australia

timlove.skynews@gmail.com

(02) 9886 8006

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



Copyright Management <copyright@wxchasing.com>

# Re: [MBTP4XTL4W2BDYNQMWLSRA2FEE] New Copyright Counter Notification
1 message

**YouTube Copyright** <youtube-disputes+3fa1diipxfx390h@google.com>   Tue, Jul 1, 2025 at 6:44 AM
Reply-To: YouTube Copyright <youtube-disputes+3fa1diipxfx390h@google.com>
To: copyright@wxchasing.com



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=-_yd9m8ys1I

Display name of uploader: Sky News Australia

Sky News Australia (SNA) disputes the copyright removal request from Global Weather Productions LLC (GWP). The videos published by SNA, which are the subject of the removal request, comprise news packages produced by Fox News, which were used by SNA under licence. SNA has a licence agreement with Fox News Network LLC that permits SNA to use Fox News packages on SNA's platforms, including where those Fox News packages incorporate third-party content (Fox Licence). SNA considers its use of the content which GWP claims to own is covered by the Fox Licence and there is no proper basis for GWP's removal request. Even if the Fox Licence did not cover SNA's use of the content GWP claims to own (which is denied by SNA), such use would clearly be a fair dealing for the purpose of, or in association with, reporting the news by means of a communication pursuant to section 103B of the Australian Copyright Act 1968 (Cth) (the Act). The first SNA video subject to the removal request runs for 1 minute and 35 seconds. It includes a short clip of 10 seconds taken from a much longer video of over 3 minutes which GWP claims to own. The second SNA video subject to the removal request runs for 1 minute and 53 seconds and includes a short clip of 4 seconds taken from a much longer video of over 10 minutes which GWP claims to own. SNA considers these short clips to have been integral to the news reports on matters of public interest, being the aftermath of severe weather events in the United States which led to significant damage and deaths. These were matters widely reported on around the world. SNA seeks the immediate withdrawal of GWP's copyright removal request and confirmation that no further such requests will be lodged in relation to Fox News content incorporated under licence into videos on the Sky News Australia YouTube page.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Tim Love

Tim Love
5 Thomas Holt Drive
Macquarie Park NSW 2113
Australia

timlove.skynews@gmail.com

(02) 9886 8006

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066