# Exhibit 5



Copyright Management <copyright@wxchasing.com>

## [G65TDLFA2XGJGAV5AOZDCQUIXI] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+3sbnpbc5z4qlg07@google.com>　　　　Wed, Jun 25, 2025 at 2:25 PM
Reply-To: YouTube Copyright <youtube-disputes+3sbnpbc5z4qlg07@google.com>
To: copyright@wxchasing.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Global Weather Productions LLC
- Your Full Legal Name (Aliases, usernames or initials not accepted): Imadeddine Lachguer
- Your Title or Job Position (What is your authority to make this complaint?): Authorized agent
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-_yd9m8ys1I
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: CzJX6dvrFpM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:38 to 0:00:48 :
      https://www.youtube.com/watch?v=-_yd9m8ys1I&t=38
      It appears in your source video from 0:01:26 to 0:01:36 :
      https://www.youtube.com/watch?v=CzJX6dvrFpM&t=86
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0xBPlmrX_nc
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: qemoIZH3FgU
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:46 to 0:00:50 :
      https://www.youtube.com/watch?v=0xBPlmrX_nc&t=46
      It appears in your source video from 0:08:36 to 0:08:40 :
      https://www.youtube.com/watch?v=qemoIZH3FgU&t=516

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Imadeddine Lachguer

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 25, 2025 copyright@wxchasing.com wrote:

> Video IDs: -_yd9m8ys1I, 0xBPlmrX_nc



Copyright Account <copyright@teamdominator.com>

# [LGIRXVW4ECCC7ITFIZGMGNL424] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+1tjun1hwgzbli07@google.com>  Wed, Jun 25, 2025 at 3:10 PM
Reply-To: YouTube Copyright <youtube-disputes+1tjun1hwgzbli07@google.com>
To: copyright@teamdominator.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Imadeddine Lachguer
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 4780 I 55 N , Suite 100
    - Jackson, MS 39211
    - US
- Username: Reed Timmer
- Email Address: copyright@teamdominator.com
- Phone: (601) 892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=KG_ZdifbE9I
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: R_ZDVYzIhgc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:18 to 0:03:42 :
      https://www.youtube.com/watch?v=KG_ZdifbE9I&t=198
      It appears in your source video from 0:00:06 to 0:00:22 :
      https://www.youtube.com/watch?v=R_ZDVYzIhgc&t=6

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Imadeddine Lachguer

- The YouTube Team

Case 5:25-cv-05724-EKL    Document 1-5    Filed 07/08/25    Page 5 of 9

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 25, 2025 copyright@teamdominator.com wrote:

> Video IDs: KG_ZdifbE9I



Copyright Management <copyright@viraldrm.com>

# [NE32VVGYC76OUGWEQ7HME2XNRQ] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+12zzqg9pz5rzj07@google.com>  Wed, Jun 25, 2025 at 2:49 PM
Reply-To: YouTube Copyright <youtube-disputes+12zzqg9pz5rzj07@google.com>
To: copyright@viraldrm.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all *required elements*. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the *'Removal requests' tab* which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Kannon Kalton
- Your Full Legal Name (Aliases, usernames or initials not accepted): Imadeddine Lachguer
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 4780 I 55 N , Suite 100
    - Jackson, MS 39211
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: (601)892-4218

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=VBFZbEn7afQ
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: INTENSE Corkscrew Tornado in Iowa!
    - Source of video: pL90IXtfDIY
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:29 to 0:00:36 :
      https://www.youtube.com/watch?v=VBFZbEn7afQ&t=29
      It appears in your source video from 0:06:49 to 0:06:56 :
      https://www.youtube.com/watch?v=pL90IXtfDIY&t=409

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Imadeddine Lachguer

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 25, 2025 copyright@viraldrm.com wrote:

> Video IDs: VBFZbEn7afQ



LSM Intellectual Property <ip@livestormsmedia.com>

# [WBZMCR5VXFTRFWDLDYS3PG7Z5I] YouTube Copyright Complaint Submission
1 message

**YouTube Copyright** <youtube-disputes+3mxsbnybhwnwk07@google.com>     Wed, Jun 25, 2025 at 2:37 PM
Reply-To: YouTube Copyright <youtube-disputes+3mxsbnybhwnwk07@google.com>
To: ip@livestormsmedia.com



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Brett Adair
- Your Full Legal Name (Aliases, usernames or initials not accepted): Imadeddine Lachguer
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Agent
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vMzEx1kUxXM
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: 05Oi967XQjQ
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:05 to 0:00:08 :
      https://www.youtube.com/watch?v=vMzEx1kUxXM&t=5
      It appears in your source video from 0:02:30 to 0:02:33 :
      https://www.youtube.com/watch?v=05Oi967XQjQ&t=150


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Imadeddine Lachguer

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 25, 2025 ip@livestormsmedia.com wrote:

> Video IDs: vMzEx1kUxXM