**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, BRETT ADAIR, KANNON KALTON and REED TIMMER,<br><br>Plaintiffs,<br><br>v.<br><br>TIM LOVE and AUSTRALIAN NEWS CHANNEL PTY LTD,<br><br>Defendants. | CASE NO.: 5:25-cv-05724-EKL<br><br>[proposed] **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>**AS MODIFIED** |

Before the Court is Plaintiffs GLOBAL WEATHER PRODUCTIONS, LLC, JOSEPH BRETT ADAIR, KANNON KALTON AND REED TIMMER's Motion to Continue Initial Scheduling Conference. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED. The Initial Scheduling Conference is hereby reset to** ~~October 22,~~ **2025 at 1:30 P.M.** November 5, 2025  The hearing will be held by Zoom. Joint Case Management Statement due two weeks before the hearing.

Dated: July 17, 2025

_____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

1

PROPOSED ORDER                                                                                              CASE NO.: 5:25-CV-05724-EKL