Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Global Weather Productions, LLC, Joseph Brett Adair, Kannon Kalton and Reed Timmer*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, JOSEPH BRETT ADAIR, KANNON KALTON and REED TIMMER, <br><br> Plaintiffs, <br><br> v. <br><br> TIM LOVE and AUSTRALIAN NEWS CHANNEL PTY LTD, <br><br> Defendants. | CASE NO.: 5:25-cv-05724-EKL <br><br> **NOTICE OF SETTLEMENT** |

    Plaintiffs GLOBAL WEATHER PRODUCTIONS, LLC, JOSEPH BRETT ADAIR, KANNON KALTON and REED TIMMER by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement and request until November 5, 2025 in which to file a Notice of Dismissal.

DATED: October 6, 2025        Respectfully submitted,

                                      */s/ Matthew L. Rollin*
                                      MATTHEW L. ROLLIN
                                      **SRIPLAW, P.A.**
                                      *Counsel for Plaintiffs Global Weather Productions, LLC, Joseph Brett Adair, Kannon Kalton and Reed Timmer*